Lawrence D. Rohlfing
Attorney at Law: 119433
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
ADELAIDO A. JACINTO

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADELAIDO A. JACINTO ) | Case No.: 1:11-cv-01114-SMS |
| Plaintiff, ) | ORDER EXTENDING BRIEFING SCHEDULE |
| v. ) | (Doc. 13) |
| MICHAEL J. ASTRUE, Commissioner ) of Social Security. ) | |
| Defendant. ) | |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED that:

1. Plaintiff is granted to and through March 16, 2012, to file the opening brief.

2. Defendant's response is due by April 16, 2012.

3. Any reply by plaintiff is due by May 1, 2012.

IT IS SO ORDERED.

Dated:  **February 28, 2012**          **/s/ Sandra M. Snyder**
                                       UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26