BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration

ARMAND D. ROTH
Special Assistant United States Attorney
California Bar No. 214624
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8924
    Fax: (415) 744-0134
    E-Mail: Armand.Roth@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ADELAIDO A. JACINTO,<br><br>    Plaintiff,<br><br>    v.<br>Michael J. Astrue,<br>Commissioner of Social Security,<br><br>    Defendant. | No. 11-cv-01114-SMS<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO FILE HIS BRIEF** |

1

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have a 21-day extension of time, up to **May 7, 2012**, to file the responsive brief.  This is Defendant's first request.  This extension is requested because Defendant's counsel needs additional time due to an unusually heavy workload.

Respectfully submitted on April 16, 2012,

/s/ Lawrence D. Rohlfing *
LAWRENCE D. ROHLFING
Plaintiff's Attorney
* by Armand Roth by telephone authorization of April 16, 2012

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration
/s/ Armand D. Roth
ARMAND D. ROTH)
Special Assistant U.S. Attorney
Attorneys for Defendant

PURSUANT TO THE STIPULATION OF THE PARTIES:

IT IS SO ORDERED.

Dated:   **April 17, 2012**          **/s/ Sandra M. Snyder**
                                  UNITED STATES MAGISTRATE JUDGE

2