## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADELAIDO A. JACINTO, | CASE NO. 1:11-cv-01114-SMS |
| Plaintiff, | |
| v. | ORDER GRANTING THE COMMISSIONER'S MOTION TO ALTER THE JUDGMENT IN THIS MATTER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | (Doc. 22) |
| Defendant. | |

On October 10, 2012, this Court affirmed the Commissioner's decision that Plaintiff did not qualify for disability insurance benefits from the alleged onset date of June 25, 2008 through December 15, 2010 but reversed the Commissioner's decision for the time period beginning December 16, 2010, Plaintiff's fiftieth birthday, when he was properly classified a new category of the Medical-Vocational Guidelines (the "Grids"). Doc. 20. The Court erred. Because the ALJ rendered his decision on October 25, 2010, the Court lacked jurisdiction to determine Plaintiff's eligibility for benefits after that date. *See* 42 U.S.C. § 405(g). The Commissioner properly moved for amendment of the judgment under F.R.Civ.P. 59(e) to correct this legal error. *See Turner v. Burlington Northern Santa Fe R.R.*, 338 F.3d 1058, 1063 (9th Cir. 2003).

Accordingly, the Court GRANTS the Commissioner's motion to amend the judgment, STRIKES the order and judgment entered October 10, 2012 (Docs. 20 and 21), and ISSUES an amended order and judgment.

IT IS SO ORDERED.

**Dated:    February 24, 2013**          /s/ **Sandra M. Snyder**
                                     UNITED STATES MAGISTRATE JUDGE